An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDMUNDO ANTONIO ZUNIGA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63994

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion for production of specific discovery. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Lidia Stiglich, District Judge
      Edmundo Antonio Zuniga
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30835